NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LEAL and NICHOLAS QUINTERO,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, SAN BERNARDINO SHERIFF'S DEPARTMENT, JOHN MCMAHON, JEFF ROSE; and DOES 1 through 25, Inclusive.<br><br>Defendants. | Case No. 5:19-cv-01736 JFW (SHKx)<br><br>**JUDGMENT** |

**JUDGMENT**

The moving papers, opposition and reply, having been presented and fully considered, and in accordance with the Court's March 12, 2020 Order granting Judgment on the Pleadings in favor of Defendants, County of San Bernardino, San Bernardino Sheriff's Department, Jeff Rose, A. Cueto, J. Warren, Keith Lewis, E. Burke, Wayne Sullivan, Jeffrey Haga, Stacimae Cota, B. Navarro (sued as SCS Fischer), P. Stafford, and K. Johnson on Plaintiffs, Maria Leal's and Nicholas Quintero's Second Amended Complaint,

It is therefore now **ORDERED, ADJUGED, AND DECREED** that judgment is entered in this action as follows:

1. Defendants, County of San Bernardino, San Bernardino Sheriff's Department, Jeff Rose, A. Cueto, J. Warren, Keith Lewis, E. Burke, Wayne Sullivan, Jeffrey Haga, Stacimae Cota, B. Navarro, P. Stafford, and K. Johnson shall have Judgment in their favor as to Plaintiffs, Maria Leal's and Nicholas Quintero's operative Second Amended Complaint.
2. That Plaintiffs take nothing and that Defendants, County of San Bernardino, San Bernardino Sheriff's Department, Jeff Rose, A. Cueto, J. Warren, Keith Lewis, E. Burke, Wayne Sullivan, Jeffrey Haga, Stacimae Cota, B. Navarro, P. Stafford, and K. Johnson shall have their costs of suit.

**IT IS SO ORDERED.**

Dated: March 18, 2020

_____
Honorable John F. Walter

**JUDGMENT**